JOHN I. HADCOCK, Respondent, v. WILLIAM F. O'ROURKE, Appellant.

(Argued June 16, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Superior Court of Buffalo, entered upon an order made July 12, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*James M. Humphrey* for appellant.

*George T. Quinby* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

ALBERT H. PICKARD, as President, etc., Appellant, v. JOHN SIMSON, Respondent.

(Submitted June 16, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 4, 1889, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court and affirmed an order denying a motion for a new trial.

*S. E. Graves* for appellant.

*George Wing* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.